IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

VERSIAH M. TAYLOR,

     Petitioner,

v.

STATE OF FLORIDA,

     Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-4051

Opinion filed May 24, 2016.

Petition for Writ of Certiorari -- Original Jurisdiction.

Versiah M. Taylor, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

     DENIED.

RAY, MAKAR, and OSTERHAUS, JJ., CONCUR.